UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| CHARLOTTE K. VINCENT | : | DOCKET NO. 05-1297 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## REPORT AND RECOMMENDATION

Presently before the court is Plaintiff's Motion for Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA). [doc. 17]. This matter has been referred to the undersigned magistrate judge for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

By judgment dated July 25, 2006, this matter was reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g). Thus, Plaintiff qualifies as a prevailing party. Plaintiff's attorney seeks fees of $ 5,656.25 (45.25 hours at $ 125/hour), plus $ 250.00 for the filing fee expense.[1] No opposition has been filed, and the time for accomplishing same has expired. (*See*, LR.7.5W, and Notice of Setting Motion [doc. # 18]).

Considering the lack of opposition, and after review of the record, the undersigned concludes that the number of hours claimed is reasonable.

Accordingly, it is RECOMMENDED that Plaintiff's application for attorney's fees be

---

[1] In his motion, counsel seeks an award of $ 5,806.25. This sum presupposes an hourly rate of $125/hr. and a filing fee of $150.00. (*See*, Affirmation, pg. 7). However, in the same sentence, plaintiff requests reimbursement of the $ 250.00 filing fee. The record confirms that plaintiff paid a $ 250.00 filing fee.

granted and that attorney's fees be fixed at $ 5,656.25 (42.25 hours at $ 125/hour). It is further RECOMMENDED that $ 250.00 be awarded for reimbursement of the filing fee expense.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on November 21, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE