RECEIVED
IN LAKE CHARLES, LA

JAN 17 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHARLOTTE K. VINCENT** | : | **DOCKET NO. 05-1297** |
| **VS.** | : | **JUDGE MINALDI** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion for attorney's fees [doc. # 17] is hereby GRANTED, and that fees are awarded in favor of plaintiff in the amount of $ 5,656.25.

IT IS FURTHER ORDERED that $ 250.00 in expenses are awarded to plaintiff.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___16___ day of ___Jan___, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE